## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Robert Wayne Sims. Debtor**                    Case No. 26-00138-JAW
                                                                              **CHAPTER 7**

**Jeffrey Thompson, soley in his capacity as Liquid, Plaintiffs**

**v.**                                                                      **AP No. 26-00024-JAW**

**Robert Wayne Sims Defendant**

### AGREED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff Jeffery Thompson, solely in his capacity as Liquidation Trustee, and Defendant Robert Wayne Sims jointly move the Court to extend Defendant's deadline to answer or otherwise respond to the Complaint and state as follows:

1. Plaintiff commenced this adversary proceeding by filing a Complaint against Defendant.

2. Defendant's deadline to answer or otherwise respond to the Complaint is presently June 11, 2026.

3. The parties are discussing a potential resolution of the claims asserted in the Complaint.

4. To permit the parties additional time to continue those discussions and to allow Defendant sufficient time to evaluate and respond to the Complaint if a resolution is not reached, the parties have agreed to extend Defendant's deadline to answer or otherwise respond by fourteen days

5.  The requested extension would make Defendant's new deadline June 25, 2026.

6. This is Defendant's first request for an extension of the response deadline.

7. The requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice any party

8. All other deadlines and requirements should remain unchanged unless otherwise ordered by the Court.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter an order extending Defendant's deadline to answer or otherwise respond to the Complaint through and including June 25, 2026, together with such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Counsel for Defendant
The Rollins Law Firm
P.O. Box 13767
Jackson MS 39236
Tel: 601-500-5533
Fax: 501-500-5296
trollins@therollinsfirm.com


/s/ Kristina M. Johnson
Kristina M. Johnson.  (MSBN 9382)
Jones Walker, LLP
3100 North State Street, Suite 300 (39216)
PO Box 427
Jackson MS 39205-0427
T: (601) 949-4785
F: (601) 949-4804
kjohnson@joneswalker.com


Admitted *Pro Hac Vice*:
Steven M. Berman
Fla. Bar No.: 856290
SHUMAKER, LOOP & KENDRICK, LLP
Primary email: sberman@shumaker.com
Secondary email: choffman@shumaker.com
101 E. Kennedy Blvd., Ste. 2800
Tampa, FL 33602
T: (813) 229-7600 | F: (813) 229-1600

**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on this the 11th day of June 2026, I electronically filed the foregoing Agreed Motion to Extend Deadline to Answer or Otherwise Respond to Complaint with the Clerk of Court using the Court's CM/ECF system, which sent notice of the filing to all registered participants.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com