# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Robert Wayne Sims. Debtor                                   Case No. 26-00138-JAW
                                                                                              CHAPTER 7

JEFFERY THOMPSON, solely in his capacity                                   Plaintiffs
as Liquidation Trustee,

v.                                                                                       AP No. 26-00024-JAW

Robert Wayne Sims                                                                   Defendant

## AGREED ORDER EXTENDING DEADLING TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

THIS MATTER came before the Court on the agreement of Plaintiff and Defendant to extend the deadline for Defendant to answer or otherwise respond to the Complaint filed in this adversary proceeding. The Court, having considered the agreement of the parties and finding that the requested extension is appropriate, finds that the relief requested should be granted.

IT IS, THEREFORE, ORDERED that Defendant's deadline to answer or otherwise respond to the Complaint is hereby extended by fourteen (14) days, through and including June 25, 2026.

IT IS FURTHER ORDERED that all other deadlines and requirements not expressly modified by this Order remain in full force and effect.

### ##END OF ORDER##

Agreed and Approved:

/s/ Thomas C. Rollins, Jr.                              /s/ Kristina M. Johnson
Thomas C. Rollins, Jr. (MSBN 103469)        Kristina M. Johnson  (MSBN 9382)

#111800250v1

Kristina M. Johnson (MSBN 9382)
JONES WALKER LLP
3100 North State Street, Suite 300 (39216)
PO Box 427
Jackson MS 39205-0427
T: (601) 949-4785
F: (601) 949-4804
kjohnson@joneswalker.com

Admitted *Pro Hac Vice*:
Steven M. Berman
Fla. Bar No.: 856290
SHUMAKER, LOOP & KENDRICK, LLP
Primary email: sberman@shumaker.com
Secondary email: choffman@shumaker.com
101 E. Kennedy Blvd., Ste. 2800
Tampa, FL 33602
T: (813) 229-7600 | F: (813) 229-1600

***Counsel for Plaintiff***


Thomas C. Rollins, Jr. (MSBN 103469)
Counsel for Defendant
P.O. Box 13767
Jackson MS 39236
Tel: 601-500-5533
Fax: 501-500-5296
trollins@therollinsfirm.com

***Counsel for Defendant***

#111800250v1