

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:  Robert Wayne Sims. Debtor** | **Case No. 26-00138-JAW** |
| | **CHAPTER 7** |
| **JEFFERY THOMPSON, solely in his capacity as Liquidation Trustee,** | **Plaintiffs** |
| **v.** | **AP No. 26-00024-JAW** |
| **Robert Wayne Sims** | **Defendant** |

### AGREED ORDER EXTENDING DEADLING TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (Dkt. #7)

THIS MATTER came before the Court on the agreement of Plaintiff and Defendant to extend the deadline for Defendant to answer or otherwise respond to the Complaint filed in this adversary proceeding. The Court, having considered the agreement of the parties and finding that the requested extension is appropriate, finds that the relief requested should be granted.

IT IS, THEREFORE, ORDERED that Defendant's deadline to answer or otherwise respond to the Complaint is hereby extended by fourteen (14) days, through and including June 25, 2026.

IT IS FURTHER ORDERED that all other deadlines and requirements not expressly modified by this Order remain in full force and effect.

**##END OF ORDER##**

Agreed and Approved:

| | |
|---|---|
| /s/ Thomas C. Rollins, Jr. | /s/ Kristina M. Johnson |
| Thomas C. Rollins, Jr. (MSBN 103469) | Kristina M. Johnson  (MSBN 9382) |

#111800250v1

Kristina M. Johnson (MSBN 9382)
JONES WALKER LLP
3100 North State Street, Suite 300 (39216)
PO Box 427
Jackson MS 39205-0427
T: (601) 949-4785
F: (601) 949-4804
kjohnson@joneswalker.com

Admitted *Pro Hac Vice*:
Steven M. Berman
Fla. Bar No.: 856290
SHUMAKER, LOOP & KENDRICK, LLP
Primary email: sberman@shumaker.com
Secondary email: choffman@shumaker.com
101 E. Kennedy Blvd., Ste. 2800
Tampa, FL 33602
T: (813) 229-7600 | F: (813) 229-1600
**Counsel for Plaintiff**


Thomas C. Rollins, Jr. (MSBN 103469)
Counsel for Defendant
P.O. Box 13767
Jackson MS 39236
Tel: 601-500-5533
Fax: 501-500-5296
trollins@therollinsfirm.com
**Counsel for Defendant**

#111800250v1