

Kristina M. Johnson
Board Certified Business
Bankruptcy
American Board of Certification
D:  601.949.4785
M:  601.259.4552
F:  601.949.4665
kjohnson@joneswalker.com

July 1, 2026

**Via electronic filing per Court's requirements**

Clerk, U.S. Bankruptcy Court for the
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite #2.300
Jackson, MS  39201

RE:  **Jeffrey Thompson, solely in his capacity as Liquidation Trustee
vs. Robert Wayne Sims; Adv. Proc. No. 26-00024-JAW**

Dear Clerk:

On June 26, 2026, the Court entered an *Agreed Final Judgment of Nondischargeability* **[AP Dkt. #9]** ("**Agreed Judgment**") in the above-referenced adversary proceeding.  This letter is to request two (2) certified copy of the Agreed Judgment, together with two (2) Exemplification Certificates.  It's my understanding that certification fees are $12 per judgment ($24) and the exemplification fees are $24 each ($48), for total of $72.00.

*Once these papers are ready, please contact my paralegal, Kilby Brabston, at* *kbrabston@joneswalker.com or (601) 949-4801, and she will send an office runner to pick up everything from your office.*

Thank you for your attention to this matter.  Should you have any questions or comments, please do not hesitate to contact me.

Sincerely,

JONES WALKER LLP

Kristina M. Johnson/KMB
Kristina M. Johnson

KMJ/kmb

#111962739v1

3100 North State Street, Suite 300  |  Jackson, MS 39216  |  P.O. Box 427  |  Jackson, MS 39205-0427
T: 601.949.4900  |  F: 601.949.4804  joneswalker.com