

Kristina M. Johnson
Board Certified Business
Bankruptcy
American Board of Certification
D: 601.949.4785
M: 601.259.4552
F: 601.949.4665
kjohnson@joneswalker.com

July 1, 2026

**<u>Via electronic filing per Court's requirements</u>**

Clerk, U.S. Bankruptcy Court for the
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite #2.300
Jackson, MS  39201

> **RE:** **Jeffrey Thompson, solely in his capacity as Liquidation Trustee vs. Robert Wayne Sims; Adv. Proc. No. 26-00024-JAW**

Dear Clerk:

On June 26, 2026, the Court entered an *Agreed Final Judgment of Nondischargeability* **[AP Dkt. #9]** ("**<u>Agreed Judgment</u>**") in the above-referenced adversary proceeding.  This letter is to request two (2) certified copy of the Agreed Judgment, together with two (2) Exemplification Certificates.  It's my understanding that certification fees are $12 per judgment ($24) and the exemplification fees are $24 each ($48), for total of $72.00.

*Once these papers are ready, please contact my paralegal, Kilby Brabston, at* *<u>kbrabston@joneswalker.com</u> or (601) 949-4801, and she will send an office runner to pick up everything from your office.*

Thank you for your attention to this matter.  Should you have any questions or comments, please do not hesitate to contact me.

Sincerely,

JONES WALKER LLP

Kristina M. Johnson/KMB

Kristina M. Johnson

KMJ/kmb

3100 North State Street, Suite 300 | Jackson, MS 39216 | P.O. Box 427 | Jackson, MS 39205-0427
T: 601.949.4900 | F: 601.949.4804  joneswalker.com